DYLAN M. CARSON (SBN 237721)
dylan.carson@tuckerellis.com
AVRIL G. LOVE (SBN 237028)
avril.love@tuckerellis.com
MONEE A. TAKLA (SBN 259468)
monee.takla@tuckerellis.com
TUCKER ELLIS & WEST LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Defendants
ACTAVIS TOTOWA LLC, ACTAVIS INC.,
ACTAVIS ELIZABETH LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI PALLADINO, Individually and on Behalf of the Estate of KENNETH SLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS TOTOWA, LLC, ACTAVIS, INC., ACTAVIS ELIZABETH, LLC, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAND BERTEK PHARMACEUTICALS, INC., and UDL LABORATORIES, INC.<br><br>Defendants. | Case No. 3:11-cv-01531-JCS<br>Assigned to Honorable Joseph C. Spero<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>*Complaint Filed:*     March 30, 2011 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action hereby stipulate to the dismissal of this action without prejudice.  The parties hereby agree that, should Plaintiff re-file this case, the applicable statute of limitations will relate back to March 30, 2011, the date of filing in this action.  Plaintiff received no further consideration for agreeing to this dismissal.  It is further stipulated by and among the parties to this action that each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1

STIPULATION OF DISMISSAL

073021.001349\1263859.1

Respectfully submitted,

| O'DONNELL & SMITH | TUCKER ELLIS & WEST LLP |
|---|---|
| s/ James Joseph O'Donnell | s/ Dylan M. Carson |
| James Joseph O'Donnell | Dylan M. Carson |
| Sara Ann Smith | Avril G. Love |
| 309 Lennon Lane, Suite 101 | Monee A. Takla |
| Walnut Creek, California 94598 | 515 S. Flower Street, 42nd Floor |
| Tel: (925) 935-1707 | Los Angeles, California 90071 |
| Fax: (925) 935-9625 | Tel: (213) 430-3400 |
| Email: oandslaw@aol.com | Fax: (213) 430-3409 |
|  | Email: dylan.carson@tuckerellis.com |
|  | avril.love@tuckerellis.com |
|  | monee.takla@tuckerellis.com |

*Attorneys for Plaintiff*

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

SHOOK, HARDY & BACON LLP

s/ Alicia J. Donahue
Alicia J. Donahue
Tiffany F. Lim
One Montgomery, Suite 2700
San Francisco, California 94104
Tel: (415) 544-1900
Fax: (415) 391-0281
Email: adonahue@shb.com
t.lim@shb.com

*Attorneys for Defendants Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June __10__, 2011

_____
Honorable [illegible]
U.S. D[istrict Judge]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 1, 2011, a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

TUCKER ELLIS & WEST LLP

s/ Dylan M. Carson
Dylan M. Carson
Avril G. Love
Monee A. Takla
515 S. Flower Street, 42nd Floor
Los Angeles, California 90071
Tel:         (213) 430-3400
Fax:        (213) 430-3409
Email:    dylan.carson@tuckerellis.com
              avril.love@tuckerellis.com
              monee.takla@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*
